UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8;18-cr-51-T-35CPT | DATE: | March 26, 2018 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID H. HOWARD | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Josephine Thomas, AUSA | |
| | | **DEFENSE COUNSEL**<br>David Boardman, Retained | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 3:18 p.m. – 3:31 p.m.<br>3:39 p.m. – 3:50 p.m. | **TOTAL:** 24 min. | **COURTROOM:** 12B |

**PROCEEDINGS: SHOW CAUSE HEARING - INITIAL APPEARANCE (VOPR)**

[X] Deft provided w/copy of Petition.
[X] ARREST DATE:  3/26/18
[X] Court summarized charges.
[X] Proceedings conducted pursuant to Rule 32.1.
[X] Preliminary Revocation hearing WAIVED.
[X] Gov't does not seek detention.  Asks the Court admonish the defendant on the record.
[X] Defendant requests: continued bond.
[X] Court orders Defendant remain on bond under all previous conditions with the additional condition that the Defendant is hereby ordered to notify all of his medical providers of all of the medications and services that he receives.